**KENTUCKY BAR ASSOCIATION, Movant,**

v.

**Ollen B. HINNANT, Jr., Respondent.**

**No. 91–SC–229–KB.**

Supreme Court of Kentucky.

Aug. 29, 1991.

David L. Yewell, Past President, Kentucky Bar Ass'n, Owensboro, for movant.

Paul Silverman, West Orange, N.J., for respondent.

### ORDER FOR RECIPROCAL DISCIPLINE PURSUANT TO SCR 3.435

Having failed to respond to this Court's order to show cause of July 3, 1991, and upon motion for reciprocal discipline pursuant to SCR 3.435 by David L. Yewell, Past President of the Kentucky Bar Association, respondent is hereby publicly reprimanded for charging fees that amounted to overreaching in violation of DR 2–106(D), and for engaging in a conflict of interest in a real estate transaction in violation of DR 5–105(A) by order of the New Jersey Supreme Court on October 2, 1990.

All concur.

ENTERED: August 29, 1991.

/s/ Robert F. Stephens
Chief Justice